## N. Y. SUPERIOR COURT.

### ALBERT PALMER COMPANY agt. JAMES E. SHAW.

*Code of Civil Procedure, section 542 — Complaint — Answer — Extending time in which to answer extends plaintiff's time to serve amended complaint.*

By obtaining an extension of time in which to answer, the defendant extends the time of the plaintiff to serve an amended complaint.

*Special Term, November,* 1882.

ON the last day of defendant's time to serve an answer, he obtained an order to show cause why certain parts of the complaint should not be stricken out, and in order to show cause, obtained an extension of time in which to answer.

Before the hearing of the motion to strike out, the plaintiff served an amended complaint, which the defendant's attorney refused to accept and returned, on the ground. that the same was not served within twenty days.

The plaintiff·moved that the defendant be compelled to accept service of the amended complaint.

*James B. Dill (Dill & Chandler)*, for motion. The defendant by obtaining an extension of time in which to answer, extended to the plaintiffs time to amend as of course (*Code of Civil Procedure*, 542; 11 *Wait's Pr.*, 502).

*E. P. Wilder*, opposed. The plaintiff's amended complaint was not served within twenty days after the service of the original, and hence the service was irregular.

TRUAX, *J.* — *Held*, that the plaintiff's service was regular on the principle urged by plaintiff's counsel.